No. 74–1229. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.† Reported below: 503 F. 2d 1250.

---

†See also note, *supra,* p. 1001.